*In re* Howard

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 47,564

(Bar Docket No. 5031)

*In re* KENITH RAYMOND HOWARD, JR., voluntary surrender of his certificate to practice law in the State of Kansas

(523 P. 2d 875)

Order canceling certificate filed July 1, 1974.

*Per Curiam:* On June 28, 1974, KENITH RAYMOND HOWARD, JR. voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Kenith Raymond Howard, Jr.'s name from the roll of attorneys.